07 CV 6177

Mark Zeichner, Esq.
Yoav M. Griver, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue - 10th Floor
New York, New York 10022
Phone: (212) 826-5338
Fax: (212) 753-0396



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,

               Plaintiff,

vs.

NICK STAR d.b.a.
MASTER MAINTENANCE,

               Defendant.

Civil No. _____

STATEMENT PURSUANT
TO F.R.C.P. 7.1(a)

The undersigned attorneys of record for plaintiff Corbis Corporation certify, upon information and belief, that Corbis Corporation has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:   New York, New York
          July 2, 2007

                              Respectfully submitted,

                              _____
                              Mark Zeichner, Esq.
                              Yoav M. Griver, Esq.
                              ZEICHNER ELLMAN & KRAUSE LLP
                              575 Lexington Avenue, 10th Floor
                              New York, New York 10022
                              Phone: (212) 826-5338
                              Fax: (212) 753-0396

OF COUNSEL:

Steven M. Weinberg
GREENBERG GLUSKER FIELDS
 CLAMANS & MACHTINGER
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067
Phone:  (310) 201-7408
Fax:  (310) 201-2325

506676.01/1327-001/YG