AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CORBIS CORPORATION

V.

NICK STAR d.b.a. MASTER MAINTENANCE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6177**
**Judge Berman**

TO: (Name and address of Defendant)

Nick Star d.b.a. Master Maintenance
301 West Elm Street
Lima, Ohio 45801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 0 2 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**     DATE: July 5, 2007 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NICK STAR D/B/A MASTER MAINTENENCE

Place where served:

Master Maintenance   301 W. Elm Street, Lima, OH 45801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: __M__  AGE: 35-45  HEIGHT: 5'10  WEIGHT: 175  SKIN: White  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 05 / 20 07

*Patrick Wainscott* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARK ZEICHNER, ESQ. |
| PLAINTIFF: | CORBIS CORPORATION |
| DEFENDANT: | NICK STAR, ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 6177 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RN