RECEIVED JUL 20 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION

    Plaintiff

- vs -

NICK STARR dba
MASTER MAINTENANCE

    Defendant

CASE NO. 07 CV 6177

JUDGE BERMAN

MOTION

> Motion to dismiss is denied without prejudice as not in accordance with Court's Rules. Def. is advised to either retain counsel or consult with the Court's pro se clerk.
>
> SO ORDERED:
> Date: 7/23/07   Richard M. Berman
> Richard M. Berman, U.S.D.J.

    Now comes Defendant, Nick Starr dba Master Maintenance, and hereby moves the Court for an Order dismissing the Complaint on the grounds that the Court lacks jurisdiction over the person of Defendant as set forth more fully in Defendant's Affidavit which is attached hereto and marked "Exhibit A".

    WHEREFORE, Defendant moves the Court for an Order dismissing the Complaint Daniel for lack of jurisdiction over the person of the Defendant.

BY: /s/ Nick Starr
Nick Starr dba Master Maintenance
301 West Elm Street
Lima, Ohio  45801
(419) 229-3192

SERVICE OF COPY

    I hereby certify that a copy of the foregoing Motion has been sent to Mark Zeichner and Yoav M. Griver, Attorneys for Plaintiff, at 575 Lexington Ave., 10th Floor, New York, New York 10022 on this 16 day of July, 2007, by ordinary U.S. Mail.

/s/ Nick Starr
Nick Starr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CORBIS CORPORATION | : | |
| | | CASE NO. 07 CV 6177 |
| Plaintiff | : | |
| | | |
| - vs - | : | |
| | | AFFIDAVIT IN SUPPORT OF |
| NICK STARR dba | : | MOTION TO DISMISS |
| MASTER MAINTENANCE | | |
| | : | |
| Defendants | | |

Nick Starr, first being duly sworn according to law, states and avers as follows:

1. Affiant is the Defendant in the above captioned matter and has personal knowledge of the facts contained herein.

2. Affiant is a life long resident of the State of Ohio.

3. Affiant is the owner/operator of the business known as Master Maintenance, a business formed and doing business in Ohio.

3. Affiant has never transacted any business in New York, either directly or through an agent, and has committed no other acts in New York which would subject him to the jurisdiction of this Court.

4. Affiant never entered into a Licensing Agreement with Plaintiff and never agreed to jurisdiction in this Court.

Further, Affiant sayeth naught.

_____
NICK STARR dba MASTER MAINTENANCE

STATE OF OHIO            :
                         SS
COUNTY OF ALLEN          :

Sworn to before me and in my presence by Nick Starr this 16th Day of July, 2007.

_____
NOTARY PUBLIC

HEATHER M. FOUST
Notary Public, State of Ohio
My Commission Expires
December 2, 2008