UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CORBIS CORPORATION,                              Index No.: 07 CV 6177

                          Plaintiff,            **CORPORATE DISCLOSURE
                                                STATEMENT**

              -against-

NICK STARR s/h/a
NICK STAR d.b.a. MASTER MAINTENANCE,

                          Defendant.
------------------------------------------------------------X

**Corporate Disclosure Statement**
This Corporate Disclosure Statement is filed on behalf of NICK STARR s/h/a NICK STAR
d.b.a. MASTER MAINTENANCE in compliance with the provisions of: *(check one)*

 X Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
action in a district court must file a statement that identifies any parent corporation
and any publicly held corporation that owns 10% or more of its stock or states that
there is no such corporation.

**The filing party hereby declares as follows:**
 X No such corporation.

**A supplemental disclosure statement will be filed upon any change in the
information provided herein.**


Dated: Valley Stream, New York
       August 17, 2007

                              Respectfully submitted,


                              /s/

                              _____
                              Joseph Dugan, Associate
                              RICONDA & GARNETT, LLP
                              Attorneys for Defendant
                              NICK STARR s/h/a
                              NICK STAR d.b.a. MASTER MAINTENANCE
                              753 West Merrick Road
                              Valley Stream, New York 11580
                              telephone: (516) 285-8867
                              facsimile: (516) 285-1210