UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CORBIS CORP. Plaintiff(s),

-v-

NICK STARR
            Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 6177 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by ___OCTOBER 31, 2007___

(ii) Amend the pleadings by ___OCTOBER 22ND, 2007___

(iii) All discovery to be expeditiously completed by ___DEC 15, 2007 (FACT + Expert)___

(iv) Consent to Proceed before Magistrate Judge ___No___

(v) Status of settlement discussions ___ONGOING 1/7/08 @ 10:00 with principals___

Sections vi through xi will be set at conference with the Court.

(vi) Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix) Final Pre-Trial Conference_____

(x) Trial_____

(xi) Other_____

SO ORDERED: New York, New York
            8/21/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

RMB
_____
Hon. Richard M. Berman, U.S.D.J.