Mark Zeichner, Esq.
Yoav M. Griver, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue, 10th Floor
New York, New York 10022
Phone: (212) 826-5338
Fax: (212) 753-0396

**RECEIVED DEC 17 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,

                Plaintiff,

vs.

NICK STAR d.b.a.
MASTER MAINTENANCE,

                Defendant.

Case No.: 07 Civ. 6177 (RMB)

**STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties that this action be, and the same is hereby discontinued without prejudice, without further costs or disbursements to either party as against the other, and it is also represented that signing party hereto is not an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action.

This Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court and that electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
December 7, 2007

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Yoav Griver
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

RICONDA & GARNETT, LLP

By: _____
John Riconda
Attorneys for Defendant
753 West Merrick Road
Valley Stream, New York 11580
(516) 285-8867

SO ORDERED
RMB
U.S.D.J.
12/17/07
Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 515266.01/10605-001/YG
DATE FILED: 12/17/2007